UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| HAMZA | ) | Civil Action No. 2:26-cv-11440-JKS |
| *Plaintiff*, | ) | |
| v. | ) | |
| SOTO et al | ) | **ORDER AND NOTICE OF VOLUNTARY DISMISSAL** |
| *Defendants*. | ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismisses this action as to all defendants without prejudice. Defendants have neither answered nor filed a motion for summary judgment.

Dated: September 6, 2026

Respectfully Submitted: _s/

By: Patrick Caston Crowley, Esq.
Sholla Law Firm
150 Broadway, Suite 1300
New York, NY 10038
Email:pcrowley@shollalawfirm.com
Counsel for Plaintiff

**The Clerk of the Court is directed to terminate any pending motions and CLOSE this case.**

**So Ordered:**

***/s/ Jamel K. Semper***
**Hon. Jamel K. Semper**
**U.S. District Judge**

**Dated: September 8, 2026**